EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 470-2009-02759 |

Indiana Civil Rights Commission and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Sandra Berg
**Home Phone** (Incl. Area Code): (765) 664-7856
**Date of Birth**: 03-08-1955

**Street Address**: 816 East A Charles St., Marion, IN 46952

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: HERSCHBERGER CAFE
**No. Employees, Members**: 15 - 100
**Phone No.**: (765) 674-3787
**Street Address**: 100 Fisher Parkway, Gas City, IN 46933

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [X] DISABILITY [ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-03-2009
Latest: 04-24-2009
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the Herschberger Café in May 2008, as a Kitchen Helper and I performed a wide variety of duties as assigned by my managers. When I was hired the owners were aware of my disability. I have never had any disciplinary action taken against me throughout my employment with the Café. In April 2009 I was informed that the owners had received paperwork from social security about benefits that were granted to me in September 2008. Shortly after the owners received the social security documents, I was terminated. I believe that I was terminated because the owners regarded me as being disabled which is a violation of the ADAAA.

EEOC Indianapolis Office District Office JUN 2 2009 RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 01, 2009   *Sandra K Berg*
Date           Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit A