ACKNOWLEDGED:
Date: 12/23/2010

*/s/ Larry J. McKinney*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

------------------------------------------------------------------ x
SANDRA BERG,                                    :
                                                :    1:10-cv-00565-LJM-DML
              Plaintiff,                  :
                                                :
  -v-                                           :
                                                :
HERSCHBERGER CAFE,                              :
                                                :
              Defendant.                  :
------------------------------------------------------------------ x

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Sandra Berg, and Defendant, Herschberger Café, and hereby stipulate and agree, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this action shall be dismissed, with prejudice, costs paid.

                Respectfully submitted,

                CHRISTOPHER C. MYERS & ASSOCIATES


                By: /s/ Christopher C. Myers
                    Christopher C. Myers (#10043-02)
                    Ilene M. Smith (#22818-02)
                    809 South Calhoun Street, Suite 400
                    Fort Wayne, Indiana 46802-2307
                    Tel: (260)424-0600
                    Email: cmyers@myers-law.com
                              ismith@myers-law.com

                Attorneys for Plaintiff

                              LEWIS WAGNER, LLP


                              By: /s/ Charles R. Whybrew
                                    Charles R. Whybrew (#21148-49)
                                    501 Indiana Avenue, Suite 200
                                    Indianapolis, Indiana 46202
                                    Tel: (317)237-0500
                                    Email: cwhybrew@lewiswagner.com

                                    Attorneys for Defendant

### **CERTFICIATE OF SERVICE**

      I hereby certify that on December 21, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

Christopher C. Myers
Ilene M. Smith
CHRISTOPHER C. MYERS & ASSOCIATES
cmyers@myers-law.com
ismith@myers-law.com

                                    /s/ Charles R. Whybrew

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Tel: (317)237-0500